Date: 02/04/11                                                                                           Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-15702 - YEO, RICHARD W

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Michael K Wilson DPM Inc<br>c/o Millennium Financial Group<br>5770 NW Expressway, Suite 102<br>Oklahoma City OK 73132 | 000001 | 154.96 | 0.62 |
| American Collection Services, Inc<br>3100 SW 59th<br>PO Box 45069<br>Oklahoma City OK 73144-1069 | 000003 | 55.00 | 0.23 |
| PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | 000005 | 1,002.44 | 4.05 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000014 | 954.60 | 3.85 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba DILLARD'S<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000015 | 489.42 | 1.97 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 000017 | 126.57 | 0.51 |
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of HSBC/Orchard Bank - Gold<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 000021 | 653.07 | 2.63 |
| ---------- Remittance Total ---------------- | | 3,436.06 | 13.86 |

SUSAN MANCHESTER, Trustee

COURTI                                                               Printed: 02/04/11 03:12 PM   Ver: 16.01c